WERNICKE *v.* ZENTZ.

This case is controlled by *Lintern* v. *Zentz, ante,* 595.

Appeal from Wayne; Murphy (Thomas J.), J. Submitted January 6, 1950. (Docket No. 64, Calendar No. 44,620.) Decided May 18, 1950.

Garnishment by Gilbert W. Wernicke against Harold Zentz and Mabel A. Baxter, doing business as Rent-A-Trailer Company, principal defendant and Lincoln Mutual Casualty Company, garnishee defendant. Judgment for plaintiff. Garnishee defendant appeals. Affirmed.

*Payette & Hodgman,* for plaintiff.

*Davidson & Kaess,* for garnishee defendant.

NORTH, J. The issues in the instant case are identical with those in *Lintern* v. *Zentz, ante,* 595.

The judgment entered in the circuit court is affirmed but without costs, same having been awarded in the *Lintern Case, supra.*

BOYLES, C. J., and REID, DETHMERS, BUTZEL, CARR, BUSHNELL, and SHARPE, JJ., concurred.